

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00246-CV

———————————————

OLU WHITEHEAD, Appellant

V.

BARBARA KAY, Appellee

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-341152-23

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Withdraw Premature Notice of Appeal Without Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 3, 2023